**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DAYAL FAMILY LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | **Case No. 2:26-cv-00805**<br><br>**JURY TRIAL DEMANDED** |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff DAYAL FAMILY LLC, for its original complaint for patent infringement against Defendant MICROSOFT CORPORATION, alleges as follows.

**PARTIES**

1. Plaintiff Dayal Family LLC ("Plaintiff") is an Illinois limited liability company with its principal place of business at 450 East Waterside Drive, Suite 3401, Chicago, Illinois 60601.

2. Upon information and belief, Defendant Microsoft Corporation ("Microsoft") is a Washington corporation with its principal place of business at 1 Microsoft Way, Redmond, Washington 98052.

3. Microsoft may be served with process through its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

## JURISDICTION AND VENUE

4. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367 because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq*.

5. This Court has specific personal jurisdiction over Microsoft pursuant to Fed. R. Civ. P. 4(k)(1)(A) and the Texas Long-Arm Statute, Tex. Civ. Prac. & Rem. Code § 17.042.

6. Microsoft purposefully avails itself of the privilege of conducting business within the State of Texas and this District by (i) transacting business within Texas and entering into contracts to supply goods and services within Texas that give rise to the infringement alleged herein; (ii) committing infringing acts within Texas, as hereinafter alleged; (iii) committing acts outside Texas to induce acts within Texas alleged herein to constitute direct infringement; (iv) regularly doing and soliciting business within Texas; (v) engaging in persistent conduct in Texas, including litigation; (vi) deriving substantial revenues from the goods used and services rendered in Texas in connection with such induced infringement, and should reasonably expect such inducement to have consequences in Texas; (vii) maintaining internet "point of presence" locations in Texas; (viii) operating Microsoft Windows Stores within Best Buy retail locations throughout Texas; and Plaintiff's causes of action arise directly out of those contacts.

7. Venue is proper in this District under at least 28 U.S.C. § 1400(b), in that Microsoft has a regular and established places of business, and, on information and belief, has committed acts of infringement, in this District.

8. For instance, Microsoft maintains business and/or personal property in this district in at least Collin and Denton counties.[1]

9. Microsoft also maintains an internet "point of presence" location in Plano, Texas, which constitutes a regular and established physical presence in this District. *See* Microsoft, *Azure Front Door POP locations by metro*, MICROSOFT.COM, https://learn.microsoft.com/en-us/azure/frontdoor/edge-locations-by-region (last updated Sept. 25, 2025).

10. Microsoft has several corporate offices in the State of Texas, employing hundreds of people. On information and belief, these offices are located in at least the following cities: Austin, Houstin, Irving, and San Antonio.

11. Microsoft also operates Microsoft Windows Stores within Best Buy retail locations throughout this District, which are regular and established places of business for Microsoft.

12. For example, Microsoft operates stores at 2800 N. Central Expressway, Plano, Texas 75074; 3333 Preston Rd., Suite 200, Frisco, Texas 75034; and 2601 S. Stemmons Freeway, Suite 300, Lewisville, Texas 75067. *See* Best Buy, *All Best Buy Stores in Texas*, BESTBUY.COM, https://stores.bestbuy.com/tx.html.

13. On information and belief, Microsoft rents the space for each Windows Store in a Best Buy location. Thomas Lee, *Best Buy bets big on store-within-store concepts*, MINNEAPOLIS STAR TRIB. (July 14, 2013), https://www.startribune.com/best-buy-bets-big-on-store-within-store-concepts/215301161/ ("Microsoft and Samsung are essentially leasing their spaces from

---

[1] *See* https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22microsoft%20corporation%22%20Year%3A2026%20&searchSessionToken=3tOoyxvRwV9pmjb8IHqd1u6pgIGXSIO0x998acgOTyE%3D%7C2026-09-03T15%3A45%3A47.2353497Z; https://www.dentoncad.com/property-search.

Best Buy . . . ."). As Microsoft itself touts, a Windows Store is a Microsoft store within a Best Buy, or a "store-within-a-store." *See* Brandon LeBlanc, *Talking Retail: The New Windows Store Only at Best Buy*, WINDOWS BLOGS (June 13, 2013), https://blogs.windows.com/windowsexperience/2013/06/13/talking-retail-the-new-windows-store-only-at-best-buy/ ("Today, we announced a strategic partnership to create the Windows Store only at Best Buy, a comprehensive store-within-a-store in 500 Best Buy locations across the United States and more than 100 Best Buy and Future Shop locations in Canada. The stores within Best Buy will range in size from 1,500 square feet to 2,200 square feet and will be the premier destination for consumers to see, try, compare and purchase a range of products and accessories . . . .").

14. As shown by its property listings in Collin County, Microsoft has approximately $2 million of property, including data servers, at Aligned Data Center located within this District at 2800 Summit Ave., Plano, Texas 75074.[2]

**THE ASSERTED PATENTS**

15. Plaintiff owns United States Patent Nos. 12,039,258 (the "'258 patent") (attached hereto as Exhibit A) and 12,541,642 (the "'642 patent") (attached hereto as Exhibit B), referred to collectively herein as the "Asserted Patents."

16. The Asserted Patents are each incorporated herein by reference.

---

[2] *See* https://esearch.collincad.org/search/result?keywords=OwnerName%3A%22microsoft%20corporation%22%20Year%3A2026%20&searchSessionToken=3tOoyxvRwV9pmjb8IHqd1u6pgIGXSIO0x998acgOTyE%3D%7C2026-09-03T15%3A45%3A47.2353497Z; https://aligneddc.com/blog/aligned-data-centers-opens-ultra-efficient-data-center-in-plano/; https://dallasinnovates.com/north-texas-aligned-data-centers-to-be-acquired-for-40-billion-byblackrock-nvidia-xai-microsoft-and-others/.

17. By assignment from the sole inventor, Sandeep Dayal, duly recorded in the United States Patent and Trademark Office, Plaintiff Dayal Family LLC is the record owner of the entire interest in the Asserted Patents and all rights to recover for infringement thereof and holds and has held all substantial rights therein at all times material hereto.

18. Plaintiff has the sole and exclusive standing to enforce the Asserted Patents, bring these causes of action, and recover for past infringement of the Asserted Patents.

19. The Asserted Patents were duly issued pursuant to Title 35 of the United States Code and are valid and enforceable.

20. Plaintiff has complied with the applicable marking provisions of 35 U.S.C. § 287(a) with respect to the Asserted Patents at all times relevant hereto.

21. The Asserted Patents share a common disclosure, which concerns technological solutions to problems arising in connection with spreadsheet applications, particularly within the context of complex formulas, such as are used commonly for modeling in many real-world business and personal applications.

22. Prior to these inventions, among other problems, formulas within spreadsheets could often become long and complicated, making it difficult for the spreadsheet developer and user to see and understand the full logic easily, which can lead to errors. Developers can spend a lot of time creating and modifying spreadsheets, and finding those errors to debug a spreadsheet can take hours and even days.

23. Further, spreadsheets are widely exchanged amongst users and propagate throughout and across organizations where other users and developers must understand them and be able to modify them for their own disparate purposes.

24. It is thus important for both developers and users to be able to write and read formulas that are easy to understand and intuitive, which then improves productivity and saves time for all concerned parties and lowers the chances of serious errors.

25. Mr. Dayal sought an elegant technological solution that would allow formulaic expressions within cells to be compact, readily understandable to the underlying users, and allow for more robust and versatile programmability and debugging within cell formulas, while also addressing the technological problem of naming conflicts across the spreadsheet or workbooks, where the latter may contain several tabbed worksheets.

26. Rather than trying to break out a complex formula over numerous cells, or employ global naming strategies, Mr. Dayal devised a novel method for naming expressions within a formula, and a process for evaluating formulas employing such strategies, in which names representing expressions in a formula are limited to only the cell within which they are defined, thereby providing an improvement to the operating characteristics and programmability of such spreadsheet applications.

27. For example, the single name “x” can be used in different cells to represent different expressions within the formulas in those cells, as opposed to “x” being limited to representing a single expression across cells. Thus, the inventive technological solution avoids the need to create unique names in each cell as had otherwise been the case with global names, which was the convention, including what Microsoft used for Excel, prior to the invention.

28. As a single cell is often copied over hundreds of rows and columns, the inventive technology allows the spreadsheet user to associate the names, such as “x” in the example, with distinct copied expressions without conflict. This ability to reuse the same name eliminates the need for the developer and computer program to create hundreds of unique names which must be

tracked and managed in the name manager functionality of the spreadsheet, thereby significantly improving their performance and operational efficiency.

29. Microsoft's spreadsheet applications, including, *inter alia*, Microsoft's Excel product, infringe each of the Asserted Patents.

30. Pursuant to 35 U.S.C. § 287, the filing of this action for infringement constitutes notice of infringement.

31. In addition, on information and belief, Microsoft had pre-suit knowledge of Plaintiff's patents and patent applications at least by reason of their citation against Microsoft in various U.S. patents and patent applications, including without limitation U.S. Patent Publication No. 2025/0094697 (citation date June 13, 2025), and U.S. Patent No. 12,619,816 (citation date January 13, 2026).

32. Additionally, on or about July 18, 2019, the inventor of the Asserted Patents, Mr. Sandeep Dayal, sent a letter to Microsoft's Chief Executive Officer, Mr. Satya Nadella, via Federal Express (Tracking Numbers 485227325 38132 and 485314545 38132), advising of the filing of the provisional application, U.S. Prov. App. No. 62/745,760, to which the Asserted Patents claim priority, and of the underlying subject matter of this provisional application.

33. Subsequently, Microsoft launched the LET() function, by which Microsoft infringes the Asserted Patents as set forth further herein.

34. Since these instances of notice occurred both before and after the issuance of the Asserted Patents, on information and belief, by reason of the foregoing, as well as Microsoft's extensive involvement in the field of Plaintiff's patents and patent applications, Plaintiff alleges that Microsoft knew or should have known of the Asserted Patents at or about their issue dates and in any case prior to the commencement of this action.

35. The earliest such date by which Microsoft had knowledge of any of the Asserted Patents is herein referred to as the "Notice Date."

**COUNT I: DIRECT INFRINGEMENT OF THE '642 PATENT**

36. Plaintiff repeats and realleges the allegations of paragraphs 1-35 above as if fully set forth at length herein.

37. As more fully alleged in the paragraphs that follow, Microsoft directly infringes at least exemplary claim 10 of the '642 patent, literally and/or under the doctrine of equivalents, under 35 U.S.C. § 271(a).

38. Claim 10 is directed to a computer-readable media containing executable program code for the dynamic naming of component expressions within a formula in a cell of a spreadsheet.

39. Microsoft makes, uses, sells, and/or offers to sell computer-readable media containing such software, as detailed below with reference to the limitations in claim 10, in the form of the Excel application.

40. Additionally, Microsoft's servers contain such computer-readable media to make the underlying Excel software available to Microsoft's customers.

41. **"A non-transitory computer-readable media comprising program code executable by at least a processor to cause the at least a processor to perform steps comprising" –** Microsoft's Excel spreadsheet application is a computer program that Microsoft provides, *inter alia*, on a non-transitory computer-readable media.

42. The patented articles that Microsoft makes, uses, offers to sell, and/or sells, constituting direct infringement include, for example, (1) the classic, installed Excel application that implements "LET()" and the other recited spreadsheet functionality which is stored for download on Microsoft's servers and CDN nodes, and (2) the web-based Excel application.

43. Each of these includes program code executable by a processor to cause the processor to perform various steps that provide the underlying functionality of the Excel spreadsheet application.

01/ **Where can I use Microsoft Excel?**

Microsoft Excel is available as an app for desktop (Windows and MacOS), on mobile devices and tablets (iOS and Android™), and online through your browser.

https://www.microsoft.com/en-us/microsoft-365/excel#Plans-pricing.

44. **"in an electronic data processing application"** – Excel is an electronic data processing application:

## What is Excel?




Excel makes it easy to crunch numbers. With Excel, you can streamline data entry with AutoFill. Then, get chart recommendations based on your data, and create them with one click. Or easily spot trends and patterns with data bars, color coding, and icons.

https://support.microsoft.com/en-US/Excel/get-started/what-is-excel.

45. **"comprising an electronic spreadsheet program or database program"** – In particular, Excel is an electronic spreadsheet program:

Applications

# Type of spreadsheet applications

**Desktop-based spreadsheets**

The most popular desktop-based spreadsheet software is Excel, which provides a range of functionalities, including data input, formulas, charting, and collaboration. It's widely used in business, education, and personal financial planning for tasks such as budgeting, financial analysis, and project management.

https://www.microsoft.com/en-us/microsoft-365/excel/spreadsheets.

46. **"implementing a plurality of cells"** – The Excel electronic spreadsheet program implements a plurality of cells:

**Enter data**

To manually enter data:

1. Select an empty cell, such as A1, and then type text or a number.
2. Press **Enter** or **Tab** to move to the next cell.




To fill data in a series:

1. Enter the beginning of the series in two cells: such as Jan and Feb; or 2014 and 2015.
2. Select the two cells containing the series, and then drag the fill handle across or down the cells.




https://support.microsoft.com/en-US/Excel/get-started/what-is-excel.

47. **"searching a formula in a first cell of the plurality of cells"** – Cells in Excel can hold formulas:

## Create a formula that refers to values in other cells

1. Select a cell.
2. Type the equal sign =.

   **Note:** Formulas in Excel always begin with the equal sign.

3. Select a cell or type its address in the selected cell.

| | Jan |
|---|---|
| Sale | 120 |
| Overhead | 100 |
| Profit | =B2 |

4. Enter an operator. For example, – for subtraction.
5. Select the next cell, or type its address in the selected cell.

| |
|---|
| 120 |
| 100 |
| =B2-B3 |

6. Press Enter. The result of the calculation appears in the cell with the formula.

https://support.microsoft.com/en-US/Excel/get-started/overview-of-formulas-in-excel.

48. A formula in Excel can contain any or all of the following elements: functions, references, operators, and constants.

49. For example, in the formula "=PI()*A2^2" (which is mathematically the same as "π x A2$^2$"), PI() is a function element representing the value of π (3.141592…), A2 is a reference element referring to the value stored in cell A2, "*" is an operator element indicating multiplication, "^" is also an operator element indicating that the contents of cell A2 must be raised to a power of a specified value (here, 2), and finally, the power-related value "2" is a constant element.

## Formulas in-depth

To learn more about specific formula elements, browse through the individual sections in the following list.

## The parts of an Excel formula

A formula can also contain any or all of the following elements: **functions**, **references**, **operators**, and **constants**.




1. **Functions**: The PI() function returns the value of pi: 3.142...
2. **References**: A2 returns the value in cell A2.
3. **Constants**: Numbers or text values that you enter directly into a formula, such as 2.
4. **Operators**: The ^ (caret) operator raises a number to a power, and the * (asterisk) operator multiplies numbers.

https://support.microsoft.com/en-US/Excel/get-started/overview-of-formulas-in-excel.

50. **"to find a first unique symbol or unique combination of symbols"** – Each element in a formula is represented by a symbol, e.g. "*", "^", "PI", or "A2," and each element has unique functionality. The Excel program searches a formula to identify all the elements in it. As noted above, a function is a type of element.

51. By way of one infringing example, Excel supports a built-in function element called "LET()":

The LET function assigns names to calculation results. This allows storing intermediate calculations, values, or defining names inside a formula. These names only apply within the scope of the LET function. Similar to variables in programming, LET is accomplished through Excel's native formula syntax.

To use the LET function in Excel, you define pairs of names and associated values, and a calculation that uses them all. You must define at least one name/value pair (a variable), and LET supports up to 126.




https://support.microsoft.com/en-us/excel/functions/let-function.

52. Excel offers over a hundred different functions, each differentiated from the other by a respective symbol that identifies them uniquely. As an element in a formula, each function has unique functionality.

53. Excel searches a formula in a cell to find a unique symbol or combination of symbols corresponding to the elements, including a given function, to execute the functionality dictated by the particular element, for example the LET() function.

54. For example, the characters "LET" in a cell constitute a unique symbol (collectively, "LET") that represents the built-in functionality of the LET() function.

55. **"in response to finding the first unique symbol or unique combination of symbols, searching the formula in the first cell for an associated first name and an associated first expression, wherein the first expression, first name, and first unique symbol or unique combination of symbols are in the formula"** – The LET() function is used in the formula within the cell to associate a first name with a first expression:

## Syntax

**=LET(name1, name_value1, calculation_or_name2, [name_value2, calculation_or_name3...])**

| Argument | Description |
|---|---|
| **name1**<br>Required | The first name to assign. Must start with a letter. Cannot be the output of a formula or conflict with range syntax. |
| **name_value1**<br>Required | The value that is assigned to name1. |
| **calculation_or_name2**<br>Required | One of the following:<br>• A calculation that uses all names within the LET function. This must be the last argument in the LET function.<br>• A second name to assign to a second name_value. If a name is specified, name_value2 and calculation_or_name3 become required. |
| **name_value2**<br>Optional | The value that is assigned to calculation_or_name2. |
| **calculation_or_name3**<br>Optional | One of the following:<br>• A calculation that uses all names within the LET function. The last argument in the LET function must be a calculation.<br>• A third name to assign to a third name_value. If a name is specified, name_value3 and calculation_or_name4 become required. |

**Note**

- The last argument **must** be a calculation which returns a result.
- Names of variables align with valid names that can be used in the name manager. E.g. "a" is valid but "c" is not because it conflicts with R1C1 style references.

https://support.microsoft.com/en-us/excel/functions/let-function.

**Original Formula**

=IF(ISBLANK(FILTER(A2:D8,A2:A8="Fred")),"-", FILTER(A2:D8,A2:A8="Fred"))

**Formula using LET**

=LET( **filterCriteria**, *"Fred"*, **filteredRange**, FILTER(A2:D8,A2:A8=**filterCriteria**), IF(ISBLANK(**filteredRange**),"-", **filteredRange**))

https://support.microsoft.com/en-us/excel/functions/let-function ("Example 2").

56. In the Example 2 above, "filterCriteria" and "filteredRange" are names, *i.e.*, "filterCriteria" is a first name and "filteredRange" is a second name. "Fred" and "FILTER(A2:D8,A2:A8=filterCriteria)" are expressions, *i.e.*, "Fred" is a first expression (a constant expression), and "FILTER(A2:D8,A2:A8=filterCriteria)" is a second expression (a formulaic expression).

57. The LET() function associates the names with the respective expressions.

58. Hence, in response to finding the LET symbol, Excel searches the formula in the first cell for a first name associated with the LET() function and further searches for a first expression also associated with the LET() function.

59. Moreover, the first expression, first name, and LET symbol are all in the formula of the cell.

60. **"equating the first expression to the first name to create a first relationship"** – The LET() function assigns the first name to the first expression:

## Syntax

**=LET(name1, name_value1, calculation_or_name2, [name_value2, calculation_or_name3...])**

| Argument | Description |
|---|---|
| **name1** Required | The first name to assign. Must start with a letter. Cannot be the output of a formula or conflict with range syntax. |
| **name_value1** Required | The value that is assigned to name1. |
| **calculation_or_name2** Required | One of the following: <br>• A calculation that uses all names within the LET function. This must be the last argument in the LET function. <br>• A second name to assign to a second name_value. If a name is specified, name_value2 and calculation_or_name3 become required. |
| **name_value2** Optional | The value that is assigned to calculation_or_name2. |
| **calculation_or_name3** Optional | One of the following: <br>• A calculation that uses all names within the LET function. The last argument in the LET function must be a calculation. <br>• A third name to assign to a third name_value. If a name is specified, name_value3 and calculation_or_name4 become required. |

**Note**

- The last argument **must** be a calculation which returns a result.
- Names of variables align with valid names that can be used in the name manager. E.g. "a" is valid but "c" is not because it conflicts with R1C1 style references.

https://support.microsoft.com/en-us/excel/functions/let-function.

61. This assignment equates the first expression to the first name to create a corresponding first relationship. In Example 2, the first relationship is filterCriteria="Fred".

62. **"utilizing the first relationship to evaluate another instance of the first name in the first cell in computation of the formula but not to evaluate the first name in any other cell in the plurality of cells"** – The underlying functionality of the LET() function utilizes

the first relationship between the first expression and the first name to evaluate another instance of the first name in the first cell in computation of the overall formula in the cell.

63. In Example 2, the second expression "FILTER(A2:D8,A2:A8=filterCriteria)" contains another instance of the first name "filterCriteria," which utilizes the first relationship, namely, filterCritera="Fred", in the computation of the formula. However, this relationship between the first name "filterCritera" and the first expression "Fred" has no meaning outside of the cell in which the formula resides.

**Original Formula**

=IF(ISBLANK(FILTER(A2:D8,A2:A8="Fred")),"-", FILTER(A2:D8,A2:A8="Fred"))

**Formula using LET**

=LET( **filterCriteria**, *"Fred"*, **filteredRange**, FILTER(A2:D8,A2:A8=**filterCriteria**), IF(ISBLANK(**filteredRange**),"-", **filteredRange**))

https://support.microsoft.com/en-us/excel/functions/let-function ("Example 2").

64. As an additional example, Microsoft documentation shows this simplified case:

Example 1

Consider the simple expression "SUM(x, 1)" where x is a named variable that can be assigned a value (in this case, x is assigned the value 5).

**=LET(x, 5, SUM(x, 1))**

When this formula is input into a cell, it will return the value 6.

https://support.microsoft.com/en-us/excel/functions/let-function.

65. In the above, "x" is the first name, "5" is the "first expression", and the two are equated to create a first relationship, namely, "x=5".

66. The LET() function uses this first relationship to evaluate another instance of the name "x" in the SUM() function in this cell in computing of the overall formula in the cell, as sum(5,1), which ultimately returns a value of 6.

67. However, this relationship between the name "x" and the expression "5" has no meaning outside of the cell in which the formula resides.

68. According to Microsoft: "The LET function assigns names to calculation results. This allows storing intermediate calculations, values, or **defining names inside a formula**." https://support.microsoft.com/en-us/excel/functions/let-function (emphasis added).

69. Because the scope of a name is limited to the formula, this relationship between "x" and "5" is not used to evaluate "x" in any other cell in the spreadsheet other than the first cell.

70. This allows "x" to be used freely to define other relationships in other cells, *e.g.* x=5+A10 in a second cell.

71. **"wherein the formula contains a reference to at least one other cell in the plurality of cells and wherein a scope of the first relationship is limited to the first cell so that the first relationship is not usable in any other cell in the plurality of cells" –** In the general and most common case, the LET() function supports references to other cells in the spreadsheet, as illustrated above with the "Example 2" that employs the FILTER() function, and references cells "A2:D8,A2:A8".

72. The scope of the relationship defined by the LET() function is limited to the cell containing the LET() function so that the first relationship is not usable in any other cell in the plurality of cells of the spreadsheet application.

73. By way of further example, Microsoft also directly infringes dependent claim 15 of the '642 patent.

74. Claim 15 of the ’642 patent depends from claim 10 of the ’642 patent and therefore incorporates the limitations of claim 10, which are met as discussed above. Claim 15 further includes the following elements.

75. **“receive a request to copy the formula in the first cell to a second cell”** – Excel receives a request to copy a formula in a first cell to a second cell when, for example, the user selects “Copy” in one cell and “Paste” in another:

Copy a formula

1. Select the cell containing the formula that you want to copy.

2. In the **Clipboard** group of the **Home** tab, select **Copy**.

3. Select one of the following options:

   - To paste the formula and any formatting, in the **Clipboard** group of the **Home** tab, select **Paste**.

   - To paste the formula only, in the **Clipboard** group of the **Home** tab, select **Paste**, select **Paste Special**, and then select **Formulas**.

     **Note**

     You can paste only the formula results. In the **Clipboard** group of the **Home** tab, select **Paste**, select **Paste Special**, and then select **Values**.

https://support.microsoft.com/en-us/excel/move-or-copy-a-formula-in-excel.

76. **“automatically modify the first expression in a copy of the formula in accordance with a formula copying operation of the electronic data processing application to create a second expression, but not modifying the first name or the first unique symbol or unique combination of symbols, to create a modified formula for the second cell, the modified formula comprising the second expression, the first name, and the first unique symbol or unique combination of symbols”** – When copying a formula from a first cell to a second cell, cell references in the formula, and thus in the first expression, are modified in accordance with the formula copying operation of Excel to create a second expression. However, the first name and first unique symbol (*e.g.*, “LET”) are not modified, thereby resulting in the

creation of a modified formula for the second cell, in which the modified formula includes the second expression, the first name, and the first unique symbol (*e.g.*, "LET"):

# Switch between relative and absolute references

▸ *Applies To*

By default, a cell reference is *relative*. For example, when you refer to cell A2 from cell C2, you are actually referring to a cell that is two columns to the left (C minus A), and in the same row (2). A formula that contains a relative cell reference changes as you copy it from one cell to another. For example, if you copy the formula **=A2+B2** from cell C2 to C3, the formula references in C3 adjust downward by one row and become **=A3+B3**.

If you want to maintain the original cell reference when you copy it, you "lock" it by putting a dollar sign (**$**) before the cell and column references. For example, when you copy the formula **=$A$2+$B$2** from C2 to D2, the formula stays exactly the same. This is an absolute reference.

In less frequent cases, you might want to make a cell reference "mixed" by preceding either the column or the row value with a dollar sign ($) to "lock" either the column or the row (for example, $A2 or B$3). To change the type of cell reference:

1. Select the cell that contains the cell reference that you want to change.
2. In the formula bar *fx*, click the cell reference that you want to change.
3. Press ⌘ + T to move through the combinations.
   The following table summarizes what happens if a formula in cell A1, which contains a reference, is copied. Specifically, the formula is copied two cells down and two cells to the right, to cell C3.




| Current reference (description): | Changes to: |
|---|---|
| $A$1 (absolute column and absolute row) | $A$1 (the reference is absolute) |
| A$1 (relative column and absolute row) | C$1 (the reference is mixed) |
| $A1 (absolute column and relative row) | $A3 (the reference is mixed) |
| A1 (relative column and relative row) | C3 (the reference is relative) |

https://support.microsoft.com/en-us/excel/switch-between-relative-and-absolute-references.

77. **"equate the second expression to the first name to create a second relationship"** – In this second cell having the modified formula containing the "LET" operator, Excel similarly associates the second expression in the "LET" function with the first name in the "LET" function to create a second relationship.

78. **"utilize the second relationship to evaluate another instance of the first name in computation of the modified formula in the second cell but not for any other cell in the plurality of cells"** – Excel computes the modified formula in the second cell in a manner analogous to that performed in the first cell, using this second relationship to evaluate another instance of the first name in computation of the modified formula in this second cell but not for any other cell in the plurality of cells.

79. The first name is reused in the second cell for computational economy for the program.

80. Microsoft therefore directly infringes the '642 patent under 35 U.S.C. § 271(a) at least as a result of having created numerous tangible recorded copies of the Excel application on the web and/or Content Distribution Network (CDN) servers under its control in the U.S., or providing tangible copies to users of the Excel application on computer readable media which the user's computer can use to locally install and/or run the Excel application; using such copies (*i.e.*, the copies on Microsoft's web or CDN servers) to make available a service from which users can download and run the Excel application; selling such tangible copies; and selling such web access to the Excel application.

81. At all times, Plaintiff complied as to the '642 patent with the marking requirement set forth in 35 U.S.C. § 287(a). Plaintiff has not made, offered for sale, or sold within the United States or imported into the United States any product or service covered by the claims of the '642 patent during the term thereof. Plaintiff has no licensees under the '642 patent. Therefore, there was nothing made, offered for sale, sold, or imported that required marking of the '642 patent under 35 U.S.C. § 287(a).

82. Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to not less than a reasonable royalty for Microsoft's direct infringement of the '642 patent, in an amount subject to proof at trial, together with pre- and post-judgment interest and costs as fixed by the Court.

**COUNT II: INDIRECT INFRINGEMENT OF THE '642 PATENT**

83. Plaintiff repeats and realleges the allegations of paragraphs 1-82 above as if fully set forth at length herein.

84. In addition, and in the alternative to Plaintiff's allegations of direct infringement of claim 10 of the '642 patent, and without limiting anything alleged in connection therewith, Plaintiff alleges that Microsoft, by conduct more particularly alleged in the paragraphs that follow, also actively induces infringement, by its customers, of at least claims 1 and 19 of the '642 patent.

85. The relevant "direct infringement" for purposes of this Count II is direct infringement by consumers (customer or users), who infringe, literally and/or under the doctrine of equivalents, by using Microsoft's Excel application in a manner that directly infringes claim 1 and by making and/or using a related computer system that directly infringes, literally and/or under the doctrine of equivalents, claim 19.

86. As outlined above in Count I, the Excel application meets each and every limitation of claim 10 of the '642 patent, literally and/or under the doctrine of equivalents, and is therefore infringing.

87. As set forth in the following, when users install and use the infringing Excel application, each such user, considering only his or her acts alone, puts the Excel application, as claimed, into service, and obtains its beneficial use, thereby infringing (literally and/or under the doctrine of equivalents) claim 1 of the '642 patent by performing the steps of the method recited

therein, and claim 19 of the ’642 patent by making and/or using the computing device recited therein.

88. As to claim 1, the preamble reciting a “**method for creating a name within a formula in a cell in an electronic data processing application comprising an electronic spreadsheet program or database program implementing a plurality of cells**,” as detailed above and below, the Excel application allows for the creation of a name within a formula. As outlined in paragraphs 41-46, this formula is in a cell in an electronic spreadsheet program that implements a plurality of cells.

89. As to claim 1, the limitation “**searching a formula in a first cell of the plurality of cells to find a first unique symbol or unique combination of symbols**,” see paragraphs 47-54.

90. As to claim 1, the limitation “**in response to finding the first unique symbol or unique combination of symbols, searching the formula in the first cell for an associated first name and an associated first expression, wherein the first expression, first name, and first unique symbol or unique combination of symbols are in the formula**,” see paragraphs 55-59.

91. As to claim 1, the limitation “**equating the first expression to the first name to create a first relationship**,” see paragraphs 60-61.

92. As to claim 1, the limitation “**utilizing the first relationship to evaluate another instance of the first name in the first cell in computation of the formula but not to evaluate the first name in any other cell in the plurality of cells**,” see paragraphs 62-70.

93. Finally, as to claim 1, the limitation “**wherein the formula contains a reference to at least one other cell in the plurality of cells and wherein a scope of the first relationship**

**is limited to the first cell so that the first relationship is not usable in any other cell in the plurality of cells**," see paragraphs 71-73.

94. As to claim 19, a user computer with the Excel application provisioned thereon, in whatever manner (*e.g.*, web or desktop application), is a computing device.

95. As to claim 19, the limitation "**at least a processor**," it is inherent in such user computing devices that they contain at least one processor.

96. As to claim 19, the limitation "**memory coupled to the at least a processor, the memory storing at least a program executable by the at least a processor to provide an electronic data processing application, the electronic data processing application comprising an electronic spreadsheet program or database program implementing a plurality of cells, the at least a program, when executed by the at least a processor, further causing the at least a processor to perform steps comprising**," it is inherent in such user computing devices, provisioned with the Excel application, that they contain memory storing the program that constitutes the Excel application.

97. As outlined above in paragraphs 41-46, the Excel application is an electronic spreadsheet program implementing a plurality of cells.

98. As to claim 19, the limitation "**searching a formula in a first cell of the plurality of cells to find a first unique symbol or unique combination of symbols**," see paragraphs 47-54.

99. As to claim 19, the limitation "**in response to finding the first unique symbol or unique combination of symbols, searching the formula in the first cell for an associated first name and an associated first expression, wherein the first expression, first name, and**

**first unique symbol or unique combination of symbols are in the formula**," see paragraphs 55-59.

100. As to claim 19, the limitation "**equate the first expression to the first name to create a first relationship**," see paragraphs 60-61.

101. As to claim 19, the limitation "**utilize the first relationship to evaluate another instance of the first name in the first cell in computation of the formula but not to evaluate the first name in any other cell in the plurality of cells**," see paragraphs 62-70.

102. Finally, as to claim 19, the limitation "**wherein the formula contains a reference to at least one other cell in the plurality of cells and wherein a scope of the first relationship is limited to the first cell so that the first relationship is not usable in any other cell in the plurality of cells**," see paragraphs 71-73.

103. Microsoft actively induces such direct infringement of claims 1 and 19 of the '642 patent by users in a number of ways, including without limitation the following acts.

104. Microsoft, through its servers, as aforesaid, provides to such users a downloadable executable copy of the Excel application, either as a desktop application or via a web browser, thereby inducing users to install and/or use such software.

105. Alternatively, Microsoft provides physical media that is readable by the user computing device, such as a CD, from which users can install and use the Excel application.

106. Use of the Excel application as, for example and without limitation, outlined above in Count I, infringes claim 1 of the '642 patent, literally and/or under the doctrine of equivalents, while a computer that has installed the Excel application, either as a web or desktop application, infringes claim 19, literally and/or under the doctrine of equivalents.

107. Microsoft also provides instructions to users, as set forth above, for using functionality of this Excel application in an infringing manner, such as by way of, *inter alia*, the LET() function.

108. Microsoft knew or should have known, since the Notice Date, and in any case at least since the commencement of this action, how users directly infringe the ’642 patent when they download, install, and use the Excel application and how Microsoft induces such infringement.

109. In committing and/or continuing its inducement, Microsoft as alleged above has induced said acts by users knowing and intending that the same would infringe the ’642 patent.

110. Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to not less than a reasonable royalty for Microsoft’s indirect infringement of the ’642 patent, in an amount subject to proof at trial, together with pre- and post-judgment interest and costs as fixed by the Court.

**COUNT III: DIRECT INFRINGEMENT OF THE ’258 PATENT**

111. Plaintiff repeats and realleges the allegations of paragraphs 1-110 above as if fully set forth at length herein.

112. As more fully alleged in the paragraphs that follow, Microsoft directly infringes at least exemplary claim 20 of the ’258 patent, literally and/or under the doctrine of equivalents, under 35 U.S.C. § 271(a).

113. Claim 20 is directed to a computer-readable media containing executable program code for the dynamic naming of component expressions within a formula in a cell of a spreadsheet.

114. Microsoft makes, uses, sells, and/or offers for sale computer-readable media containing such software, as outlined below, in the form of the Excel application.

115. Additionally, Microsoft's servers contain such computer-readable media to make the underlying Excel software available to Microsoft's customers.

116. **"A non-transitory computer-readable media comprising program code executable by a processor to cause the processor to perform steps comprising"** – Microsoft's Excel spreadsheet application is a computer program that Microsoft provides, *inter alia*, on a non-transitory computer-readable media. The patented articles that Microsoft makes, uses, offers to sell, and/or sells, constituting direct infringement include, for example, (1) the classic, installed Excel application that implements "LET()" and the other recited spreadsheet functionality which is stored for download on Microsoft's servers and CDN nodes, and (2) the web-based Excel application.

117. Each of these includes program code executable by an end-user processor to cause the processor to perform various steps that provide the underlying functionality of the Excel spreadsheet application.

01/ **Where can I use Microsoft Excel?**

Microsoft Excel is available as an app for desktop (Windows and MacOS), on mobile devices and tablets (iOS and Android™), and online through your browser.

https://www.microsoft.com/en-us/microsoft-365/excel#Plans-pricing.

118. **"an electronic data processing application" –** Excel is an electronic data processing application:

## What is Excel?




Excel makes it easy to crunch numbers. With Excel, you can streamline data entry with AutoFill. Then, get chart recommendations based on your data, and create them with one click. Or easily spot trends and patterns with data bars, color coding, and icons.

https://support.microsoft.com/en-US/Excel/get-started/what-is-excel.

119. **"the electronic data processing application selected from a set consisting of a database program, a project management program, a word processing program, and an electronic spreadsheet program"** – In particular, Excel is an electronic spreadsheet program:

Applications

## Type of spreadsheet applications

**Desktop-based spreadsheets**

The most popular desktop-based spreadsheet software is Excel, which provides a range of functionalities, including data input, formulas, charting, and collaboration. It's widely used in business, education, and personal financial planning for tasks such as budgeting, financial analysis, and project management.

https://www.microsoft.com/en-us/microsoft-365/excel/spreadsheets.

120. **"the electronic data processing application implementing a plurality of cells"** – The Excel electronic spreadsheet program implements a plurality of cells:

**Enter data**

To manually enter data:

1. Select an empty cell, such as A1, and then type text or a number.

2. Press **Enter** or **Tab** to move to the next cell.

To fill data in a series:

1. Enter the beginning of the series in two cells: such as Jan and Feb; or 2014 and 2015.

2. Select the two cells containing the series, and then drag the fill handle across or down the cells.







https://support.microsoft.com/en-US/Excel/get-started/what-is-excel.

121. **"searching at least a portion of a formula in a first cell … to find a symbol in the formula for associating a first name in the formula with a first expression in the formula" –** Cells in Excel can hold formulas:

## Create a formula that refers to values in other cells

1. Select a cell.

2. Type the equal sign =.

> **Note:** Formulas in Excel always begin with the equal sign.

3. Select a cell or type its address in the selected cell.




4. Enter an operator. For example, – for subtraction.

5. Select the next cell, or type its address in the selected cell.




6. Press Enter. The result of the calculation appears in the cell with the formula.

https://support.microsoft.com/en-US/Excel/get-started/overview-of-formulas-in-excel.

122. A formula in Excel can contain any or all of the following elements: functions, references, operators, and constants.

123. For example, in the formula “=PI()*A2^2” (which is mathematically the same as “π x A2$^{2}$”), PI() is a function element representing the value of π (3.141592…), A2 is a reference element referring to the value stored in cell A2, “*” is an operator element indicating multiplication, “^” is also an exponentiation operator element indicating that the contents of cell A2 must be raised to a power of a specified value (here, 2), and finally, the power-related value “2” is a constant element.

## Formulas in-depth

To learn more about specific formula elements, browse through the individual sections in the following list.

## The parts of an Excel formula

A formula can also contain any or all of the following elements: **functions**, **references**, **operators**, and **constants**.




1. **Functions**: The PI() function returns the value of pi: 3.142...
2. **References**: A2 returns the value in cell A2.
3. **Constants**: Numbers or text values that you enter directly into a formula, such as 2.
4. **Operators**: The ^ (caret) operator raises a number to a power, and the * (asterisk) operator multiplies numbers.

https://support.microsoft.com/en-US/Excel/get-started/overview-of-formulas-in-excel.

124. Each element in a formula is represented by a symbol, e.g. “*”, “^”, “PI”, or “A2,” and each element has unique functionality. The Excel program searches a formula to identify all of the elements in it. As noted above, a function is a type of element.

125. By way of one infringing example, Excel supports a built-in function called “LET()”:

The LET function assigns names to calculation results. This allows storing intermediate calculations, values, or defining names inside a formula. These names only apply within the scope of the LET function. Similar to variables in programming, LET is accomplished through Excel's native formula syntax.

To use the LET function in Excel, you define pairs of names and associated values, and a calculation that uses them all. You must define at least one name/value pair (a variable), and LET supports up to 126.




https://support.microsoft.com/en-us/excel/functions/let-function.

126. Excel offers over a hundred different functions, each differentiated from the other by a respective symbol that identifies them uniquely. As an element in a formula, each function has unique functionality.

127. Excel searches a formula in a cell to find a unique symbol corresponding to the elements, including a given function, to execute the functionality dictated by the particular element, for example the LET() function.

128. For example, the characters "LET" in a cell constitute a unique symbol (collectively, "LET") that represents the built-in functionality of the LET() function.

129. The symbol does not have to be at the beginning of the formula and may appear elsewhere in the formula.

130. The LET() function is used to associate a first name in the formula with a first expression in the formula:

## Syntax

**=LET(name1, name_value1, calculation_or_name2, [name_value2, calculation_or_name3...])**

| Argument | Description |
|---|---|
| **name1** Required | The first name to assign. Must start with a letter. Cannot be the output of a formula or conflict with range syntax. |
| **name_value1** Required | The value that is assigned to name1. |
| **calculation_or_name2** Required | One of the following: <br>• A calculation that uses all names within the LET function. This must be the last argument in the LET function. <br>• A second name to assign to a second name_value. If a name is specified, name_value2 and calculation_or_name3 become required. |
| **name_value2** Optional | The value that is assigned to calculation_or_name2. |
| **calculation_or_name3** Optional | One of the following: <br>• A calculation that uses all names within the LET function. The last argument in the LET function must be a calculation. <br>• A third name to assign to a third name_value. If a name is specified, name_value3 and calculation_or_name4 become required. |

**Note**

- The last argument **must** be a calculation which returns a result.
- Names of variables align with valid names that can be used in the name manager. E.g. "a" is valid but "c" is not because it conflicts with R1C1 style references.

https://support.microsoft.com/en-us/excel/functions/let-function.

**Original Formula**

=IF(ISBLANK(FILTER(A2:D8,A2:A8="Fred")),"-", FILTER(A2:D8,A2:A8="Fred"))

**Formula using LET**

=LET( **filterCriteria**, *"Fred"*, **filteredRange**, FILTER(A2:D8,A2:A8=**filterCriteria**), IF(ISBLANK(**filteredRange**),"-", **filteredRange**))

https://support.microsoft.com/en-us/excel/functions/let-function ("Example 2").

131. In the above Example 2, "filterCriteria" and "filteredRange" are names, i.e., "filterCriteria" is a first name and "filteredRange" is a second name. "Fred" and "FILTER(A2:D8,A2:A8=filterCriteria)" are expressions, i.e., "Fred" is a first expression (a constant expression), and "FILTER(A2:D8,A2:A8=filterCriteria)" is a second expression (a formulaic expression with an array as input).

132. The LET() function associates the names with the respective expressions.

133. **"the first expression having a first result" –** Each expression has a corresponding result.

134. In the above example, the result of the first expression is the constant expression "Fred."

135. However, this first expression could just as easily have been something else, such as a reference to a cell, such as cell "A3," which would have a result being the contents of cell "A3," such as the name "Fred" or "Amy." *See* https://support.microsoft.com/en-gb/office/let-function-34842dd8-b92b-4d3f-b325-b8b8f9908999 ("Example 2", cell A2 would have the value "Amy" while cell A3 would have the value "Fred").

136. In the above example, the second expression has a more complicated result (an array), being the output of the FILTER function which takes an array as an input.

137. **"assigning the first name to the first expression" –** The LET() function assigns the first name to the first expression:

## Syntax

**=LET(name1, name_value1, calculation_or_name2, [name_value2, calculation_or_name3...])**

| Argument | Description |
|---|---|
| **name1**<br>Required | The first name to assign. Must start with a letter. Cannot be the output of a formula or conflict with range syntax. |
| **name_value1**<br>Required | The value that is assigned to name1. |
| **calculation_or_name2**<br>Required | One of the following:<br>• A calculation that uses all names within the LET function. This must be the last argument in the LET function.<br>• A second name to assign to a second name_value. If a name is specified, name_value2 and calculation_or_name3 become required. |
| **name_value2**<br>Optional | The value that is assigned to calculation_or_name2. |
| **calculation_or_name3**<br>Optional | One of the following:<br>• A calculation that uses all names within the LET function. The last argument in the LET function must be a calculation.<br>• A third name to assign to a third name_value. If a name is specified, name_value3 and calculation_or_name4 become required. |

**Note**

- The last argument **must** be a calculation which returns a result.
- Names of variables align with valid names that can be used in the name manager. E.g. "a" is valid but "c" is not because it conflicts with R1C1 style references.

https://support.microsoft.com/en-us/excel/functions/let-function.

138. **"utilizing the first expression having the first result to evaluate a subsequent instance of the first name in the formula to compute a final result of the first cell"** – The underlying functionality of the LET() function utilizes the first expression having the first result to evaluate a subsequent instance of the first name in the formula to compute a final result of the first cell.

139. For example, Microsoft documentation shows this simple case:

Example 1

Consider the simple expression "SUM(x, 1)" where x is a named variable that can be assigned a value (in this case, x is assigned the value 5).

**=LET(x, 5, SUM(x, 1))**

When this formula is input into a cell, it will return the value 6.

https://support.microsoft.com/en-us/excel/functions/let-function.

140. In the above, “x” is the first name, “5” is the “first expression” which has a corresponding first result of the numeric value 5, and “x” is assigned to the “5” expression, which has the numeric result of 5.

141. The LET() function uses the first expression “5” that has the numeric result of 5 to evaluate the subsequent instance of “x” in the SUM() function to compute a final result of the cell, which is the numeric value 6.

142. **“wherein assignment of the first name to the first expression having the first result is made in relation to the first cell and not in relation to any other cell of the data processing application that has the first name in a formula therein so that the assignment has no relevance outside of the first cell in any other cell of the electronic spreadsheet” –** The LET() function is used within a cell.

143. According to Microsoft, “The LET function assigns names to calculation results. This allows storing intermediate calculations, values, or defining names **inside a formula**.” https://support.microsoft.com/en-us/excel/functions/let-function (emphasis added).

144. Since the scope of a name is limited to the formula within a cell, the scope of the name has no meaning outside of this cell holding this formula.

145. Hence, assignment of the first name to the first expression having the first result is made in relation to the first cell (that is, the cell having the formula within the LET() function)

and not in relation to any other cell of the data processing application that has the first name in a formula therein so that the assignment (as made by the LET() function) has no relevance outside of the first cell in any other cell of the electronic spreadsheet.

146. Microsoft directly infringes the ’258 patent under 35 U.S.C. § 271(a) at least as a result of having created numerous tangible recorded copies of the Excel application on the web and/or Content Distribution Network (CDN) servers under its control in the U.S., or providing tangible copies to user of the Excel application on computer readable media which the user’s computer can use to locally install and/or run the Excel application; using such copies (*i.e.*, the copies on Microsoft’s web or CDN servers) to make available a service from which users can download and run the Excel application; selling such tangible copies; and selling such web access to the Excel application.

147. At all times, Plaintiff complied as to the ’258 patent with the marking requirement set forth in 35 U.S.C. § 287(a). Plaintiff has not made, offered for sale, or sold within the United States or imported into the United States any product or service covered by the claims of the ’258 patent during the term thereof. Plaintiff has no licensees under the ’258 patent. Therefore, there was nothing made, offered for sale, sold, or imported that required marking of the ’258 patent under 35 U.S.C. § 287(a).

148. Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to not less than a reasonable royalty for Microsoft’s direct infringement of the ’258 patent, in an amount subject to proof at trial, together with pre- and post-judgment interest and costs as fixed by the Court.

**COUNT IV: INDIRECT INFRINGEMENT OF THE ’258 PATENT**

149. Plaintiff repeats and realleges the allegations of paragraphs 1-148 above as if fully set forth at length herein.

150. In addition and in the alternative to Plaintiff's allegations of direct infringement of claim 20 of the '258 patent, and without limiting anything alleged in connection therewith, Plaintiff alleges that Microsoft, by conduct more particularly alleged in the paragraphs that follow, also actively induces infringement, by its customers, of at least claims 1, 3 and 10 of the '258 patent.

151. The relevant "direct infringement" for purposes of this Count IV is direct infringement by consumers (customer or users), who infringe, literally and/or under the doctrine of equivalents, by using of Microsoft's Excel application in a manner that directly infringes claim 1 and making and/or using a related computer system that directly infringes, literally and/or under the doctrine of equivalents, claim 10.

152. As outlined above in Count III, the Excel application meets each and every limitation of claim 20 of the '258 patent, literally and/or under the doctrine of equivalents, and is therefore infringing.

153. As set forth in the following, when users install and use the infringing Excel application, each such user, considering only his or her acts alone, puts the Excel application, as claimed, into service, and obtains its beneficial use, thereby infringing (literally and/or under the doctrine of equivalents) claim 1 of the '258 patent by performing the steps of the method recited therein, and claim 10 of the '258 patent by making and/or using the computing device recited therein.

154. As to claim 1, the preamble reciting a "**method for computing a formula in a cell in an electronic data processing application, the electronic data processing application selected from a set consisting of a database program, a project management program, a word processing program, and an electronic spreadsheet program, the data processing**

**application implementing a plurality of cells, the method comprising**," as detailed above and below, the Excel application allows for computing a formula. As explained in paragraphs 116-120, the Excel application is an electronic spreadsheet program that implements a plurality of cells and computes a formula in a cell.

155. As to claim 1, the limitation "**searching at least a portion of a formula in a first cell within the plurality of cells to find a symbol in the formula for associating a first name in the formula with a first expression in the formula**," see paragraphs 121-132.

156. As to claim 1, the limitation "**the first expression having a first result**," see paragraphs 133-136.

157. As to claim 1, the limitation "**assigning the first name to the first expression having the first result**," see paragraph 137.

158. As to claim 1, the limitation "**utilizing the first expression having the first result to evaluate a subsequent instance of the first name in the formula to compute a final result of the first cell**," see paragraphs 138-141.

159. Finally, as to claim 1, the limitation "**wherein assignment of the first name to the first expression having the first result is made in relation to the first cell and not in relation to any other cell of the data processing application that has the first name in a formula therein so that the assignment has no relevance outside of the first cell in any other cell of the data processing application**," see paragraphs 142-145.

160. By way of further example, Microsoft also indirectly infringes dependent claim 3 of the '258 patent, which depends from claim 1 of the '258 patent and therefore incorporates the limitations of claim 1, which are met as discussed above. Claim 3 further includes the following elements.

161. **"receiving a request to copy the formula in the first cell to a second cell"** – Excel receives a request to copy a formula in a first cell to a second cell when, for example, the user selects "Copy" in one cell and "Paste" in another:

Copy a formula

1. Select the cell containing the formula that you want to copy.
2. In the **Clipboard** group of the **Home** tab, select **Copy**.
3. Select one of the following options:
   - To paste the formula and any formatting, in the **Clipboard** group of the **Home** tab, select **Paste**.
   - To paste the formula only, in the **Clipboard** group of the **Home** tab, select **Paste**, select **Paste Special**, and then select **Formulas**.

**Note**

You can paste only the formula results. In the **Clipboard** group of the **Home** tab, select **Paste**, select **Paste Special**, and then select **Values**.

https://support.microsoft.com/en-us/excel/move-or-copy-a-formula-in-excel.

162. **"automatically modifying the first expression in accordance with a formula copying operation of the electronic data processing application to create a second expression, but not modifying the first name or the symbol, to create a modified formula for the second cell, the modified formula comprising the second expression, the first name, and the symbol"** – When copying a formula from a first cell to a second cell, cell references in the formula, and thus in the first expression, are automatically modified in accordance with the formula copying operation of Excel to create a second expression. However, the operators, and thus the symbol (*e.g.*, "LET") are not modified, thereby resulting in the creation of a modified formula for the second cell, in which the modified formula includes the second expression, the first name, and the symbol (*e.g.*, "LET"):

# Switch between relative and absolute references

▸ ***Applies To***

By default, a cell reference is *relative*. For example, when you refer to cell A2 from cell C2, you are actually referring to a cell that is two columns to the left (C minus A), and in the same row (2). A formula that contains a relative cell reference changes as you copy it from one cell to another. For example, if you copy the formula **=A2+B2** from cell C2 to C3, the formula references in C3 adjust downward by one row and become **=A3+B3**.

If you want to maintain the original cell reference when you copy it, you "lock" it by putting a dollar sign (**$**) before the cell and column references. For example, when you copy the formula **=$A$2+$B$2** from C2 to D2, the formula stays exactly the same. This is an absolute reference.

In less frequent cases, you might want to make a cell reference "mixed" by preceding either the column or the row value with a dollar sign ($) to "lock" either the column or the row (for example, $A2 or B$3). To change the type of cell reference:

1. Select the cell that contains the cell reference that you want to change.
2. In the formula bar  , click the cell reference that you want to change.
3. Press ⌘ + T to move through the combinations.
   The following table summarizes what happens if a formula in cell A1, which contains a reference, is copied. Specifically, the formula is copied two cells down and two cells to the right, to cell C3.




| Current reference (description): | Changes to: |
|---|---|
| $A$1 (absolute column and absolute row) | $A$1 (the reference is absolute) |
| A$1 (relative column and absolute row) | C$1 (the reference is mixed) |
| $A1 (absolute column and relative row) | $A3 (the reference is mixed) |
| A1 (relative column and relative row) | C3 (the reference is relative) |

https://support.microsoft.com/en-us/excel/switch-between-relative-and-absolute-references.

163. **"assigning the first name to the second expression having a second result"** – In this second cell having the modified formula containing the "LET" operator, Excel similarly assigns the second expression in the "LET" function, which has a second result, to the first name in the "LET" function.

164. **"utilizing the second expression having the second result to evaluate a subsequent instance of the first name in the modified formula to determine a final result of**

**the second cell"** – Excel utilizes this second expression having the second result, in a manner analogous to that performed in the first cell, to evaluate a subsequent instance of the first name in the modified formula to determine a final result of the second cell.

165. As to claim 10, a user computer with the Excel application provisioned thereon, in whatever manner (*e.g.*, web or desktop application), is a computing device, and, as outlined below, this computing device provides for the dynamic naming of component expressions.

166. As to claim 10, the limitation "**a processor**," it is inherent in such user computing devices that they contain a processor.

167. As to claim 10, the limitation "**memory coupled to the processor, the memory storing at least a program executable by the processor to provide an electronic data processing application, the electronic data processing application selected from a set consisting of a database program, a project management program, a word processing program, and an electronic spreadsheet program, the data processing application implementing a plurality of cells, the at least a program, when executed by the processor, causes the processor to perform the following steps**," it is inherent in such user computing devices, provisioned with the Excel application, that they contain memory storing the program that constitutes the Excel application. As outlined in paragraphs 116-120, the Excel application is an electronic spreadsheet program that implements a plurality of cells.

168. As to claim 10, the limitation "**search at least a portion of a formula in a first cell of the electronic data processing application to find a symbol in the formula for associating a first name in the formula with a first expression in the formula,"** see paragraphs 121-132.

169. As to claim 10, the limitation "**the first expression having a first result**," see paragraphs 133-136.

170. As to claim 10, the limitation "**assigning the first name to the first expression**," see paragraph 137.

171. As to claim 1, the limitation "**utilize the first expression having the first result to evaluate a subsequent instance of the first name in the formula to compute a final result of the first cell**," see paragraphs 138-141.

172. Finally, as to claim 1, the limitation "**wherein assignment of the first name to the first expression having the first result is made in relation to the first cell and not in relation to any other cell of the electronic data processing application that has the first name in a formula therein so that the assignment has no relevance outside of the first cell in any other cell of the data processing application**," see paragraphs 142-145.

173. Microsoft actively induces such direct infringement by users in a number of ways, including without limitation the following acts.

174. Microsoft, through its servers, as aforesaid, provides to users a downloadable executable copy of the Excel application, either as a desktop application or via browser, thereby inducing users to install and/or use such software.

175. Alternatively, Microsoft provides physical media that is readable by the user computer, such as a CD, from which users can install and use the Excel application onto their computer.

176. Use of the Excel application as, for example and without limitation, outlined above in Count III, infringes claim 1 of the '258 patent, while a computer that has installed the Excel application, either as a web or desktop application, infringes claim 10 of the '258 patent.

177. Microsoft also provides instructions to users, as set forth above, for using functionality of this Excel application in an infringing manner, such as by way of, *inter alia*, the LET() function.

178. Microsoft knew or should have known, since the Notice Date, and in any case at least since the commencement of this action, how users directly infringe the ’258 patent when they download, install, and use the Excel application and how Microsoft induces such infringement.

179. In committing and/or continuing its inducement, Microsoft as alleged above has induced said acts by users knowing and intending that the same would infringe the ’258 patent.

180. Pursuant to 35 U.S.C. § 284, Plaintiff is entitled to not less than a reasonable royalty for Microsoft’s indirect infringement of the ’258 patent, in an amount subject to proof at trial, together with pre- and post-judgment interest and costs as fixed by the Court.

**COUNT V: WILLFUL INFRINGEMENT**

181. Plaintiff repeats and realleges the allegations of paragraphs 1-180 above as if fully set forth at length herein.

182. Microsoft knew of the Asserted Patents since at least the Notice Date.

183. On information and belief, since the Notice Date, Microsoft has designed, developed, licensed, sold copies of, and distributed the Excel application with knowledge of the Asserted Patents and that its activities infringed the Asserted Patents. Microsoft has done so intentionally and is accordingly a willful infringer.

184. For reasons including without limitation the foregoing, Plaintiff is entitled to enhanced damages under 35 U.S.C. § 284.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands trial by jury on all issues so triable pursuant to Fed. R. Civ. P. 38.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Dayal Family LLC requests an entry of judgment in its favor and against Microsoft as follows:

a. Declaring that Microsoft has infringed United States Patent Nos. 12,541,642 and 12,039,258;

b. Declaring that Microsoft's infringement has been and is willful;

c. Awarding to Plaintiff its damages arising out of Microsoft's infringement of United States Patent Nos. 12,541,642 and 12,039,258 including pre- and post-judgment interest;

d. Awarding Plaintiff enhanced damages pursuant to 35 U.S.C. § 284;

e. Permanently enjoining Microsoft and its officers, directors, agents, servants, subsidiaries, affiliates, divisions, branches, parents, and/or those in association with them from further infringement of United States Patent Nos. 12,541,642 and 12,039,258 during the terms thereof;

f. Awarding attorneys' fees, costs, or other damages pursuant to 35 U.S.C. §§ 284 or 285 or as otherwise permitted by law, against Microsoft; and

g. For such other and further relief as the Court may deem just and proper.

Date: September 10, 2026

Respectfully submitted,

*/s/ Wasif H. Qureshi*
Ari J. Jaffess (*pro hac vice forthcoming*)
ari.jaffess@listonabramson.com
David G. Liston (*pro hac vice forthcoming*)
david.liston@listonabramson.com
M. Michael Lewis (*pro hac vice forthcoming*)
michael.lewis@listonabramson.com
Ronald Abramson (*pro hac vice forthcoming*)
ron.abramson@listonabramson.com
Alex G. Patchen (*pro hac vice forthcoming*)
alex.patchen@listonabramson.com
Gina K. Kim
Texas Bar No. 24097937
gina.kim@listonabramson.com
**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
Email: docket@listonabramson.com
Telephone: 212-257-1630

Wasif H. Qureshi
Texas Bar No. 24048155
wqureshi@jw.com
Harris J. Huguenard
Texas Bar No. 24099615
hhuguenard@jw.com
**JACKSON WALKER LLP**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4521

*Counsel for Dayal Family LLC*